Bradley L. Middleton, OSB No. 893114
BRADLEY L. MIDDLETON, P.C.
bradleymiddletonpc@gmail.com
6950 SW Hampton, Suite 250
Tigard, Oregon 97223
(503) 968-7487
(503) 968-6766 (Fax)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation; and THE TRUST AND TRUSTEES OF THE NORTHWEST BRICKLAYERS PENSION TRUST FUND, THE MASONRY WELFARE TRUST FUND, THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, THE MASONRY VACATION TRUST FUND, and ALL AFFILIATED FUNDS; AND THE BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL NO. 1, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERATION PLASTERING, LLC a Washington limited liability company, <br><br> Defendant. | Case No.: 22-CV-00285-SB <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through

undersigned counsel, hereby gives notice of their voluntary dismissal of this case against

Defendant without prejudice.

PAGE 1 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendant has not answered or moved for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal of the case. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

DATED this 1ST day of August 2022.

Respectfully submitted,

BRADLEY L. MIDDLETON, PC

*/s/ Bradley L. Middleton*
Bradley L. Middleton, OSB No. 893114
bradleymiddletonpc@gmail.com
Of Attorneys for Plaintiffs

aablm\mit\dismissal.7.7.22

PAGE 2 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was served by mailing on August 1, 2022 on Defendant at the following address: 2326 West A Street, Pasco, Washington 99307.

Bradley L. Middleton

PAGE 1 – PROOF OF SERVICE